**No. 46948.**—Protests 792692–G, etc., of Chew Yuen Gee et al. (Honolulu, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46949.**—Protests 941223–G, etc., of Somerset Importers, Ltd., et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 16, 1942

**No. 46950.**—Protests 964858–G, etc., of Artistic Foundations, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain items consist of laces made on a bobbinet-jacquard machine and are similar to those involved in Abstract 41121, the protests were sustained.

**No. 46951.**—Protests 914146–G, etc., of I. Zendman, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain items consist of laces made on a bobbinet-jacquard machine and are similar to those involved in Abstract 41121, the protests were sustained.

**No. 46952.**—Protest 72968–K of Eitinger Bead Co., Inc. (New York).

Opinion by TILSON, J. In accordance with the agreed facts that the articles are similar to those the subject of *Fashion Trimming Corp.* v. *United States* ·(6 Cust. Ct. 199, C. D. 462) they were held dutiable at 60 percent under paragraph 1503 as claimed.